```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 59167
    LAURA A JOHNSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-6247

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 02/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  44.43%.

      The case was paid in full 12/23/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
  MUENICH COURT & HOHMAN A  UNSECURED               .00           .00           .00
  WASHINGTON MUTUAL HM LOA  CURRENT MORTG           .00           .00           .00
  COLLECTION CO OF AMERICA  UNSECURED        NOT FILED           .00           .00
  ILLINOIS DEPT OF EMPLOYM  UNSECURED          1524.00           .00        676.57
  INGALLS HOSPITAL          UNSECURED        NOT FILED           .00           .00
  NATIONAL ACTION FINANCIA  UNSECURED        NOT FILED           .00           .00
  NICOR GAS                 UNSECURED        NOT FILED           .00           .00
  ONE INSTA CHECK PLAZA     UNSECURED        NOT FILED           .00           .00
  SOUTHWEST LABS PHYSICIAN  UNSECURED        NOT FILED           .00           .00
  ST MARGARET MERCY ANESTH  UNSECURED        NOT FILED           .00           .00
  TIDEWATER MOTOR CREDIT    UNSECURED OTH    18735.83           .00       8324.14
  CITY OF CHICAGO PARKING   UNSECURED           640.00           .00        284.14
  MICHAEL B DEDIO           DEBTOR ATTY       1,048.00                    1,048.00
  TOM VAUGHN                TRUSTEE                                          683.18
  DEBTOR REFUND             REFUND                                           274.97

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE                  11,291.00

  PRIORITY                                            .00
  SECURED                                             .00
  UNSECURED                                      9,284.85
  ADMINISTRATIVE                                 1,048.00
  TRUSTEE COMPENSATION                             683.18
  DEBTOR REFUND                                    274.97
                          --------------    --------------
  TOTALS                      11,291.00         11,291.00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 59167 LAURA A JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 59167 LAURA A JOHNSON